IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01753-PSF-MJW

PHILIP MORRIS USA INC.,

Plaintiff(s),

v.

HA NGUYEN, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling/ Planning Conference and Related Deadlines, filed with the Court on November 14, 2006, DN 10, is GRANTED as follows:

a.  The Scheduling Conference set on November 22, 2006, at 8:30 a.m., is VACATED.

b.  The parties shall file their proposed consent judgment with this court on or before November 27, 2006 or show cause why this case should not be dismissed.

Date:  November 14, 2006